IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FIRST CITIZENS BANK AND
TRUST COMPANY, INC., successor
by assignment to GEORGIAN BANK,

    Plaintiff,

vs.                             CASE NO. 5:10cv33/RS-EMT

JOHN WILLIS HOMES OF FLORIDA, INC.,
A Florida Corporation, ROLLING DUNES
DEVELOPMENT, LLC, JOHN P. WILLIS,
MAGNOLIA BAY CLUB MASTER
ASSOCIATION INC., and
SANTA ROSA GOLF VILLAS
OWNERS ASSOCIATION, INC.

    Defendants.

## ORDER

On August 23, 2010, I entered an order confirming the sale of the property at issue in this case and retained jurisdiction to consider entry of a deficiency judgment against Defendants. (Doc. 41). Plaintiff has until January 18, 2011, to address any additional issues in this case, including the potential entry of a deficiency judgment. If Plaintiff does not raise any issues by January 18, 2011, the file will be closed.

**ORDERED** on January 3, 2011.

                                            **/S/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**