IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FIRST CITIZENS BANK AND
TRUST COMPANY, INC., successor
by assignment to GEORGIAN BANK,

    Plaintiff,

vs.                                        CASE NO. 5: 10-cv-33 RS EMT

JOHN WILLIS HOMES OF FLORIDA, INC.,
A Florida Corporation, ROLLING DUNES
DEVELOPMENT, LLC, JOHN P. WILLIS,
MAGNOLIA BAY CLUB MASTER
ASSOCIATION INC.,
SANTA ROSA GOLF VILLAS
OWNERS ASSOCIATION, INC. and
MAGNOLIA BAY CLUB NEIGHBORHOOD
ASSOCIATION, INC.

    Defendants.

## FINAL JUDGMENT OF DEFICIENCY

Before me is the Plaintiff's Motion for Entry of a Deficiency Judgment (Doc. 45)

It is ORDERED:

1.    Final Judgment of Foreclosure (the "Final Judgment") was entered in this case on May 18, 2010, and, as of that date, Plaintiff was owed $11,607,572.21.

2.    The date of the foreclosure sale in this matter was July 13, 2010 and there were 57 days between the date the Final Judgment was entered and the date of the sale.

3.    The $11,607,572.21 judgment amount, at the statutory rate of 0.38% interest, generates a rate per diem of $120.85, and over 57 days results in an additional $6,888.45 in

{A0801044.DOC }

interest for a total amount owed to Plaintiff as of the date of the foreclosure sale of $11,614,460.66.

4. The Court finds the fair market value of the subject properties on the date of the foreclosure sale was $2,871,000.00.

5. The difference between the amount owed to Plaintiff, including post-judgment interest, as of the date of the foreclosure sale and the fair market value of the property as of that same date is a principal deficiency of $8,797,460.66. As such, as of the date of entry of the deficiency judgment, Plaintiff is due $8,797,460.66, which shall accrue interest at the rate of 0.38% from July 13, 2010.

6. Plaintiff, First Citizens Bank and Trust Company, Inc., 1230 Main Street, Columbia, South Carolina 29201, shall have a final money judgment of deficiency against Defendants, JOHN WILLIS HOMES OF FLORIDA, INC., ROLLING DUNES DEVELOPMENT, LLC and JOHN P. WILLIS, for damages in the amount of $8,797,460.66, which shall accrue interest at the rate of 0.38% per annum from July 13, 2010 until satisfied. FOR ALL OF WHICH LET EXECUTION ISSUE.

7. The Clerk is directed to enter judgment accordingly and to close the file.

**ORDERED** on February 7, 2011.

                                        */s/ Richard Smoak*_____
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**